IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:10-CR-00116-F-3
No. 5:12-CV-00717-F

| | |
|---|---|
| JEREMY NORDAN, ) | |
|     Petitioner, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| UNITED STATES OF AMERICA, ) | |
|     Respondent. ) | |

This matter is before the court on Jeremy Nordan's untimely Objections [DE-362] to the Magistrate Judge's April 6, 2015 Memorandum and Recommendation ("M&R").[1] The court has reviewed Nordan's Objections and determined that even if received by this court in a timely manner, Nordan's Objections would not have changed the court's decision to adopt the Magistrate Judge's M&R.

SO ORDERED.

This, the 5 day of May, 2015.

JAMES C. FOX
Senior United States District Judge

---

[1] The Magistrate Judge's M&R was entered on April 6, 2015, and objections were due no later than April 23, 2015. Nordan's Objections were received by this court on April 29, 2015.