IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:10-CR-00116-F-3
No. 5:12-CV-00717-F

| | |
|---|---|
| JEREMY NORDAN,<br>    Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>    Respondent. | ORDER |

This matter is before the court on Jeremy Nordan's Motion for Reconsideration [DE-364]. In his motion, Nordan asks the court to reconsider the April 27, 2015 Order [DE-360] adopting the Magistrate Judge's Memorandum and Recommendation ("M&R"). Nordan contends that this court should review his Objections *de novo* because they were timely filed.

As this court noted in its May 5, 2015 Order [DE-363], the court reviewed Nordan's Objections and determined that they would not have changed the court's decision to adopt the Magistrate Judge's M&R. Consequently, Nordan's Motion for Reconsideration [DE-364] is DENIED.

SO ORDERED.

This, the 1st day of June, 2015

*James C. Fox*
James C. Fox
Senior United States District Judge